UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
NOV 08 2023
TAMMY H. DOWNS, CLERK
By:_____
DEP CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:23CR 0005 KGB |
| | ) | |
| v. | ) | 18 U.S.C. § 922(g)(1) |
| | ) | |
| ODELL HAMPTON | ) | |

## SUPERSEEDING INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

A. On or about June 20, 2022, the defendant,

ODELL HAMPTON,

had been previously and knowingly convicted of one or more of the following crimes punishable by a term of imprisonment exceeding one year:

1. Possession with Intent to Distribute a Controlled Substance and Possession of a Firearm by Certain Persons, in Pulaski County, Arkansas, Circuit Court in Case Number 1989-1983;

2. Possession of a Controlled Substance, in Pulaski County, Arkansas, Circuit Court in Case Number 1999-2653;

3. Aggravated Robbery and Criminal Attempt to Commit Capital Murder, in Pulaski County, Arkansas, Circuit Court in Case Number 2000-740;

4. Theft by Receiving, in Pulaski County, Arkansas, Circuit Court in Case Number 2000-3361;

5. Theft of Property and Fleeing, in Pulaski County, Arkansas, Circuit Court in Case Number 2001-107; and

6. Theft of Property, in Pulaski County, Arkansas, Circuit Court in Case

Number 60 CR 2018-2423.

B. On or about June 20, 2022, in the Eastern District of Arkansas, the defendant,

ODELL HAMPTON,

knowingly possessed, in and affecting commerce, a firearm, that is: a Taurus, PT24/7, PRO, CDS, .45 caliber pistol, bearing serial number NDP29536, in violation of Title 18, United States Code, Section 922(g)(1).

### FORFEITURE ALLEGATION

Upon conviction of the offense alleged in Count 1, of this Indictment, the defendant, ODELL HAMPTON, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense.

☐ NO TRUE BILL.          ☑ TRUE BILL.

**REDACTED SIGNATURE**

FOREPERSON OF THE GRAND JURY

JONATHAN D. ROSS
UNITED STATES ATTORNEY

_____
By Bart Dickinson
Ark. Bar Number 98143
Assistant U.S. Attorney
P.O. Box 1229
Little Rock, AR 72203
Telephone: (501) 340-2600
E-mail: bart.dickinson@usdoj.gov