IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
FILED
NOV 27 2023
IN OPEN COURT
TAMMY H. DOWNS
By: _____
DEPUTY CLERK

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                        Case No. 4:23-cr-00005 JMM

ODELL HAMPTON                                              DEFENDANT

### VERDICT

On the charge of possession of a firearm by a felon, as charged in Count 1 of the Superseding Indictment, we the jury find the defendant Odell Hampton:

_____Guilty_____
("Guilty" or "Not Guilty")

_____
Foreperson

11-27-2023
Date